UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CAMERON SHAW,

Plaintiff,

v.

SUE'S PLACE LLC, et al.,

Defendants.

Case No. 25-cv-04326-TSH

**ORDER STRIKING OPPOSITION TO MOTION FOR DEFAULT JUDGMENT**

Re: Dkt. No. 20

Plaintiff Cameron Shaw filed this disability rights case on May 20, 2025. ECF No. 1. After Defendants failed to respond, Plaintiff sought and received an entry of default. ECF No. 12. On March 5, 2026, Plaintiff filed a motion for default judgment. ECF No. 19. Defendants have now filed an opposition. ECF No. 20. However, once default has been entered, a defendant's right to appear in the action is cut off. *See, e.g., Cohen v. Murphy*, 2004 WL 2779942, at *1 (N.D. Cal. Apr. 20, 2004) (citing *Clifton v. Tomb*, 21 F.2d 893, 897 (4th Cir. 1927) (When a party is in default, "the party himself has lost his standing in court, cannot appear in any way, cannot adduce any evidence, and cannot be heard at the final hearing.")); *MKay, Inc. v. City of Huntington Park*, 2017 WL 10574460, at *3 (C.D. Cal. Aug. 21, 2017); *Wahoo Int'l, Inc. v. Phix Dr., Inc.*, 2014 WL 5465373, at *2 n.1 (S.D. Cal. Oct. 28, 2014). Thus, Defendants must first move to set aside the default pursuant to Federal Rule of Civil Procedure 55(c) before proceeding any further in this case.

As it was improperly filed, the Court **STRIKES** Defendants' opposition (ECF No. 20). The Court **ORDERS** the parties to meet and confer by March 24, 2026 to determine whether they can stipulate to set aside default and proceed on the merits. If so, the parties shall file a stipulation and proposed order by April 2, 2026. In making this decision, the parties should be mindful that

"judgment by default is a drastic step appropriate only in extreme circumstances; a case should, whenever possible, be decided on the merits." *United States v. Signed Pers. Check No. 730 of Yubran S. Mesle*, 615 F.3d 1085, 1091 (9th Cir. 2010) (simplified). If the parties are unable to stipulate to set aside default, Defendants shall instead file a motion to set aside default by April 2, 2026. Pending resolution of this matter, the hearing and briefing deadlines for Plaintiff's motion for default judgment are **VACATED**.

   **IT IS SO ORDERED.**

Dated: March 17, 2026

_____
THOMAS S. HIXSON
United States Magistrate Judge

United States District Court
Northern District of California

2