Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
1900 Camden Avenue, Suite 101
San Jose, California  95124
Telephone (408) 298-2000
Facsimile (408) 298-6046
E-mail: service@moorelawfirm.com

Attorney for Plaintiff,
Cameron Shaw

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

CAMERON SHAW,

        Plaintiff,

     vs.

SUE'S PLACE LLC, et al.;

        Defendants.

)
)
)
)
)
)
)
)
)
)
)
)

No. 3:25-cv-04326-TSH

**STIPULATION TO MODIFY DEADLINES UNDER GENERAL ORDER 56; ORDER**

**WHEREAS,** Plaintiff Cameron Shaw ("Plaintiff") filed his Complaint against Defendants, Sue's Place LLC, Ki Young Chung, and Sarah Chung (collectively "Defendants," and together with Plaintiff, "the Parties") on May 20, 2025 (Dkt. 1), asserting claims under Title III of the Americans With Disabilities Act and related California law;

**WHEREAS**, on May 23, 2025, the Court issued a Scheduling Order for Cases Asserting Denial of Right of Access under the Americans with Disabilities Act (Dkt. 4) ("the Scheduling Order");

**WHEREAS**, a clerk's default was entered against Defendants on July 24, 2025 (Dkt. 12) due to their failure to timely respond to the lawsuit;

//

//

**WHEREAS**, on April 27, 2026, the Court granted Defendants' motion to set aside the clerk's default against them, and ordered the Parties to meet and confer and file a stipulation and proposed order setting forth proposed deadlines for this case moving forward.

**WHEREAS,** the Parties met and conferred by email on May 11, 2026 and have agreed to the dates and modified deadlines as set forth herein;

**NOW, THEREFORE,** the Parties propose the following dates and deadlines:

1. Deadline for Defendants to File Responsive Pleading: June 3, 2026

2. Deadline to Serve Initial Disclosures: June 11, 2026

3. Joint Site Inspection: June 18, 2026 commencing at 10:00 a.m.

4. Settlement Meeting (via Zoom): July 2, 2026 commencing at 9:00 a.m.

5. Deadline to File Notice of Settlement of ADA Action or Notice of Need for Mediation and Certification of Counsel: July 9, 2026

**IT IS SO STIPULATED.**

Dated:  May 12, 2026                    MOORE LAW FIRM, P.C.


                                        _/s/ Tanya E. Moore_____
                                        Tanya E. Moore
                                        Attorney for Plaintiff,
                                        Cameron Shaw


Dated: May 12, 2026                     _/s/ James Joonsoo Kim_____
                                        James Joonsoo Kim,
                                        Attorneys for Defendants,
                                        Sue's Place LLC, Ki Young Chung, and Sarah Chung

                                **ATTESTATION**

Concurrence in the filing of this document has been obtained from each of the individual(s) whose electronic signature is attributed above.

                                        _/s/ Tanya E. Moore_____
                                        Tanya E. Moore
                                        Attorney for Plaintiff,
                                        Cameron Shaw


STIPULATION TO MODIFY DEADLINES UNDER GENERAL ORDER 56;  ORDER

## <u>ORDER</u>

The parties having so stipulated and good cause appearing,

**IT IS HEREBY ORDERED** that the Parties shall comply with the following modified dates and deadlines for the procedures required under General Order 56 and the Northern District's Local Rules:

1. Deadline for Defendants to File Responsive Pleading: June 3, 2026
2. Deadline to Serve Initial Disclosures: June 11, 2026
3. Joint Site Inspection: June 18, 2026 commencing at 10:00 a.m.
4. Settlement Meeting (via Zoom): July 2, 2026 commencing at 9:00 a.m.
5. Deadline to File Notice of Settlement of ADA Action or Notice of Need for Mediation and Certification of Counsel: July 9, 2026

**IT IS SO ORDERED**.

Dated:   May 13, 2026

Thomas S. Hixson
United States Magistrate Judge

STIPULATION TO MODIFY DEADLINES UNDER GENERAL ORDER 56;  ORDER